# EXHIBIT 1



US009548839B2

(12) **United States Patent**
Lee et al.

(10) **Patent No.:**  **US 9,548,839 B2**
(45) **Date of Patent:**  **Jan. 17, 2017**

(54) **METHOD FOR MAPPING PHYSICAL HYBRID AUTOMATIC REPEAT REQUEST INDICATOR CHANNEL**

(71) Applicant: **PANTECH CO., LTD.**, Seoul (KR)

(72) Inventors: **Jung Hoon Lee**, Gyeonggi-do (KR); **Joon Kui Ahn**, Gyeonggi-do (KR)

(73) Assignee: **PANTECH INC.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 32 days.

(21) Appl. No.: **14/726,014**

(22) Filed: **May 29, 2015**

(65) **Prior Publication Data**

US 2015/0263827 A1     Sep. 17, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/184,345, filed on Feb. 19, 2014, now Pat. No. 9,048,991, which is a
(Continued)

(30) **Foreign Application Priority Data**

Dec. 8, 2008     (KR) ........................ 10-2008-0124084

(51) **Int. Cl.**
*H04L 1/18*          (2006.01)
*H04L 5/00*          (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... *H04L 1/1861* (2013.01); *H04L 1/1854* (2013.01); *H04L 1/1864* (2013.01); *H04L 1/1896* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .... H04L 5/0053; H04L 5/0055; H04L 5/0007; H04W 72/0406
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,894,330 B2 *   2/2011   Lee ........................ H04L 1/1854
                                                                370/208
8,631,297 B2 *   1/2014   Lee ........................ H04L 1/1854
                                                                370/208
(Continued)

OTHER PUBLICATIONS

R1-081063; 3GPP TSG RAN WG1 #52; "Text proposal for PHICH to RE mapping with cell ID"; LGE, Samsung, Nortel, Panasonic, Motorola, Ericsson, Nokia, NSN, Qualcomm, Feb. 11-15, 2008; Sorrento, Italy.*
(Continued)

*Primary Examiner* — Benjamin H Elliott, IV
(74) *Attorney, Agent, or Firm* — I P & T Group LLP

(57) **ABSTRACT**

A method for mapping a physical hybrid automatic repeat request indicator channel (PHICH) is described. The method for mapping a PHICH includes determining an index of a resource element group transmitting a repetitive pattern of the PHICH, according to a ratio of the number of available resource element groups in a symbol in which the PHICH is transmitted and the number of available resource element groups in a first or second OFDM symbol, and mapping the PHICH to the symbol according to the determined index. In transmitting the PHICH, since efficient mapping is performed considering available resource elements varying with OFDM symbols, repetition of the PHICH does not generate interference between neighbor cell IDs and performance is improved.

**12 Claims, 11 Drawing Sheets**



## US 9,548,839 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/012,702, filed on Jan. 24, 2011, now Pat. No. 8,681,599, which is a continuation of application No. 12/388,243, filed on Feb. 18, 2009, now Pat. No. 7,894,330.

(60) Provisional application No. 61/029,895, filed on Feb. 19, 2008.

(51) **Int. Cl.**
  ***H04W 72/04***          (2009.01)
  *H04L 1/06*          (2006.01)

(52) **U.S. Cl.**
  CPC ........... ***H04L 5/0007*** (2013.01); ***H04L 5/0053*** (2013.01); ***H04L 5/0055*** (2013.01); ***H04L 5/0073*** (2013.01); ***H04W 72/04*** (2013.01); ***H04W 72/0406*** (2013.01); *H04L 1/0668* (2013.01); *H04L 1/1812* (2013.01); *H04L 5/0016* (2013.01)

(56)          **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,631,298 B2 * | 1/2014 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/208 |
| 8,681,599 B2 * | 3/2014 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/208 |
| 9,048,991 B2 * | 6/2015 | Lee | ....................... | H04L 1/1854 |
| 2009/0175233 A1 * | 7/2009 | Ojala | ..................... | H04L 1/1854 |
| | | | | 370/329 |
| 2009/0274037 A1 * | 11/2009 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/208 |
| 2010/0322324 A1 * | 12/2010 | Lindh | ................... | H04L 1/1692 |
| | | | | 375/259 |
| 2011/0179331 A1 * | 7/2011 | Lee | ....................... | H04L 1/1854 |
| | | | | 714/749 |
| 2013/0114551 A1 * | 5/2013 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/329 |
| 2013/0114552 A1 * | 5/2013 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/329 |
| 2014/0169150 A1 * | 6/2014 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/208 |
| 2015/0263827 A1 * | 9/2015 | Lee | ....................... | H04L 1/1854 |
| | | | | 370/329 |

### OTHER PUBLICATIONS

R1-080997; 3GPP TSG RAN WG1 #52; "Remaining issues on PHICH indexing and PHICH to RE mapping"; LG Eletronics; Feb. 11-15, 2008; Sorrento, Italy.*

\* cited by examiner

FIG. 1



FIG. 2

FIG. 3






FIG. 4



FIG. 5

FIG. 6



FIG. 7



FIG. 8

FIG. 9



FIG. 10



FIG. 11

US 9,548,839 B2

**1**

## METHOD FOR MAPPING PHYSICAL HYBRID AUTOMATIC REPEAT REQUEST INDICATOR CHANNEL

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of co-pending U.S. application Ser. No. 14/184,345, filed on Feb. 19, 2014, which is a continuation of U.S. patent application Ser. No. 13/012,702, filed on Jan. 24, 2011, now issued as U.S. Pat. No. 8,681,599, which is a continuation of U.S. patent application Ser. No. 12/388,243, filed on Feb. 18, 2009, now issued as U.S. Pat. No. 7,894,330, all of which claim priority from and the benefit of U.S. Provisional Application Ser. No. 61/029,895, filed on Feb. 19, 2008, and Korean Patent Application No. 10-2008-0124084, filed on Dec. 8, 2008, which are all hereby incorporated by reference for all purposes as it fully set forth herein.

### BACKGROUND

Field

The present invention relates to a mapping method for frequency and orthogonal frequency division multiplexing (OFDM) symbol regions of a signal transmitted on downlink in a cellular OFDM wireless packet communication system.

Discussion of the Background

When transmitting/receiving a packet in a mobile communication system, a receiver should inform a transmitter as to whether or not the packet has been successfully received. If the reception of the packet is successful, the receiver transmits an acknowledgement (ACK) signal to cause the transmitter to transmit a new packet. If the reception of the packet fails, the receiver transmits a negative acknowledgement (NACK) signal to cause the transmitter to re-transmit the packet. Such a process is called automatic repeat request (ARQ). Meanwhile, hybrid ARQ (HARQ), which is a combination of the ARQ operation and a channel coding scheme, has been proposed. HARQ lowers an error rate by combining a re-transmitted packet with a previously received packet and improves overall system efficiency. In order to increase throughput of the system, HARQ demands a rapid ACKINACK response from the receiver compared with a conventional ARQ operation. Therefore, the ACKINACK response in HARQ is transmitted by a physical channel signaling method. The HARQ scheme may be broadly classified into chase combining (CC) and incremental redundancy (IR). The CC method serves to re-transmit a packet using the same modulation method and the same coding rate as those used when transmitting a previous packet. The IR method serves to re-transmit a packet using a different modulation method and a different coding rate from those used when transmitting a previous packet. In this case, the receiver can raise system performance through coding diversity.

In a multi-carrier cellular mobile communication system, mobile stations belonging to one or a plurality of cells transmit an uplink data packet to a base station. That is, since a plurality of mobile stations within one sub-frame can transmit an uplink data packet, the base station must be able to transmit ACKINACK signals to a plurality of mobile stations within one sub-frame. If the base station multiplexes a plurality of ACK/NACK signals transmitted to the mobile stations within one sub-frame using CDMA scheme within a partial time-frequency region of a downlink transmission band of the multi-carrier system, ACK/NACK signals with

**2**

respect to other mobile stations are discriminated by an orthogonal code or a quasi-orthogonal code multiplied through a time-frequency region. If quadrature phase shift keying (QRSK) transmission is performed, the ACK/NACK signals may be discriminated by different orthogonal phase components.

When transmitting the ACK/NACK signals using CDMA multiplexing scheme in order to transmit a plurality of ACK/NACK signals within one sub-frame, a downlink wireless channel response characteristic should not be greatly varied in a time-frequency region in which the ACK/NACK signals are transmitted. This is because if orthogonality is maintained between the multiplexed different ACK/NACK signals, a receiver can obtain satisfactory reception performance without applying a special receiving algorithm such as channel equalization. Accordingly, the CDMA multiplexing of the ACK/NACK signals should be performed within the time-frequency region in which a wireless channel response is not significantly varied. However, if the wireless channel quality of a specific mobile station is poor in the time-frequency region in which the ACK/NACK signals are transmitted, the ACK/NACK reception performance of the mobile station may also be greatly lowered.

Accordingly, the ACK/NACK signals transmitted to any mobile station within one sub-frame may be repeatedly transmitted over separate time-frequency regions in a plurality of time-frequency axes, and the ACK/NACK signals may be multiplexed with ACK/NACK signals transmitted to other mobile stations by CDMA in each time-frequency region. Therefore, the receiver can obtain a time-frequency diversity gain when receiving the ACK/NACK signals.

However, in a conventional physical hybrid ARQ indicator channel (PHICH) mapping method, there exists a defect that PHICH groups between neighbor cells have difficulty avoiding collision as illustrated in FIG. **1**.

### SUMMARY

An object of the present invention devised to solve the problem lies in providing a method for mapping a PHICH so that repetition of the PHICH does not generate interference between neighbor cell IDs by considering available resource elements varying with OFDM symbols.

The object of the present invention can be achieved by providing a method for mapping a PHICH, including determining an index of an OFDM symbol in which a PHICH group is transmitted, determining an index of a resource element group transmitting a repetitive pattern of the PHICH group, according to a ratio of the number of available resource element groups in the determined OFDM symbol and the number of available resource element groups in a first or second OFDM symbol, and mapping the PHICH group according to the determined index.

The PHICH may be transmitted in units of a plurality of PHICH groups, and an index of an OFDM symbol in which an i-th repetitive pattern is transmitted may be defined by the following equation:

$$l_i' = \begin{cases} 0 & \text{normal } PHICH \text{ duration, all subframes} \\ i & \begin{array}{c} \text{extended } PHICH \text{ duration,} \\ \text{non-} MBSFN \text{ subframes} \end{array} \\ (\lfloor m'/2 \rfloor + i + 1)\text{mod2} & \begin{array}{c} \text{extended } PHICH \text{ duration,} \\ MBSFN \text{ subframes} \end{array} \end{cases}$$

US 9,548,839 B2

3

where m' denotes an index of a PHICH group

The index of the resource element group may be determined according to a value obtained by multiplying the ratio by a cell ID.

The index of the resource element group may be determined by the following equation:

$$
\bar{n}_i = \begin{cases}
\left( \left\lfloor \left( N_{ID}^{cell} \cdot n'_{l'_i} / n'_0 \right) \right\rfloor + m' \right) \bmod n'_{l'_i} & i = 0 \\
\left( \left\lfloor \left( N_{ID}^{cell} \cdot n'_{l'_i} / n'_0 \right) \right\rfloor + m' + \lfloor n'_{l'_i} / 3 \rfloor \right) \bmod n'_{l'_i} & i = 1 \\
\left( \left\lfloor \left( N_{ID}^{cell} \cdot n'_{l'_i} / n'_0 \right) \right\rfloor + m' + \lfloor 2n'_{l'_i} / 3 \rfloor \right) \bmod n'_{l'_i} & i = 2
\end{cases}
$$

where $N_{ID}^{cell}$ denotes a cell ID, i denotes an index of a repetitive pattern, $n'_{l'_i}/n'_0$ denotes a ratio between the umber of available resource element groups in an OFDM symbol $l'_i$ and the number of available resource element groups in a first OFDM symbol, and m' denotes an index, of a PHICH group.

In accordance with another aspect of the present invention, there is provided a method for mapping a PHICH, including determining an index of a resource element group transmitting a repetitive pattern of the PHICH, according to a ratio of the number of available resource element groups in a symbol in which the PHICH is transmitted and the number of available resource element groups in a second OFDM symbol, and mapping the PHICH to the symbol according to the determined index.

The PHICH may be transmitted in units of a plurality of PHICH groups each consisting of four resource elements.

The PHICH may be transmitted in units of a plurality of PHICH groups each consisting of two resource elements.

The index of the resource element group may be determined by the following equation:

$$
\bar{n}_i = \begin{cases}
\left( \left\lfloor \left( N_{ID}^{cell} \cdot n'_{l'_i} / n'_1 \right) \right\rfloor + m' \right) \bmod n'_{l'_i} & i = 0 \\
\left( \left\lfloor \left( N_{ID}^{cell} \cdot n'_{l'_i} / n'_1 \right) \right\rfloor + m' + \lfloor n'_{l'_i} / 3 \rfloor \right) \bmod n'_{l'_i} & i = 1 \\
\left( \left\lfloor \left( N_{ID}^{cell} \cdot n'_{l'_i} / n'_1 \right) \right\rfloor + m' + \lfloor 2n'_{l'_i} / 3 \rfloor \right) \bmod n'_{l'_i} & i = 2
\end{cases}
$$

where $N_{ID}^{cell}$ denotes a cell ID, i denotes an index of a repetitive pattern, $n'_{l'_i}/n'_1$ denotes a ratio between the number of available resource element groups in an OFDM symbol $l'_i$ and the number of available resource element groups in a second OFDM symbol, and m' denotes an index of a PHICH group.

According to the exemplary embodiment of the present invention, efficiency mapping is performed by considering available resource elements varying according to OFDM symbols during PHICH transmission, so that PHICH repetition does not generate interference between neighbor cell IDs and performance is improved.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention, illustrate embodiments of the invention and together with the description serve to explain the principle of the invention.

In the drawings:

FIG. 1 illustrates an example of a conventional PHICH mapping method;

FIGS. 2 and 3 illustrate resource element groups to which a PHICH is mapped;

4

FIGS. 4 and 5 illustrate examples of mapping a PHICH when a spreading factor is 4;

FIGS. 6 and 7 illustrate examples of mapping a PHICH when a spreading factor is 2;

FIGS. 8 to 10 illustrate examples of repetitive mapping of a PHICH applied to the present invention; and

FIG. 11 illustrates an example of a PHICH mapping method according to an exemplary embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Reference will now be made in detail to the exemplary embodiments of the present invention, examples of which are illustrated in the accompanying drawings. The detailed description, which will be given below with reference to the accompanying drawings, is intended to explain exemplary embodiments of the present invention, rather than to show the only embodiments that can be implemented according to the invention.

When transmitting data through downlink of an OFDM wireless packet communication system, a channel transmitting ACK/NACK signals may be referred to as a physical hybrid ARQ indicator channel (PHICH).

In a 3rd generation partnership project (3GPP) long term evolution (LTE) system, the PHICH is repeatedly transmitted three times in order to obtain diversity gain. Through how many OFDM symbols the PHICH is transmitted, is determined depending on information transmitted through a primary broadcast channel (PBCH) and on whether or not a subframe is for multicast broadcast over single frequency network (MBSFN). If the PHICH is transmitted through one OFDM symbol, the PHICH repeating three times should be evenly distributed over a frequency bandwidth of one OFDM symbol. If the PHICH is transmitted through three OFDM symbols, each repetition is mapped to a corresponding OFDM symbol.

FIGS. 2 and 3 illustrate resource element groups (REGs) to which the PHICH is mapped.

Each REG is comprised of four resource elements. Since a first OFDM symbol includes reference signals RS0 and RS1, locations except for the reference signal locations are available for the resource elements. In FIG. 3, even a second OFDM symbol includes reference signals RS2 and RS3.

FIGS. 4 and 5 illustrate examples of mapping a PHICH when a spreading factor (SF) is 4. When an SF is 4, one repetition of one PHICH group is mapped to one REG.

In FIGS. 4 and 5, precoding for transmit diversity is applied. $A_{11}$, $A_{21}$, $A_{31}$, and $A_{41}$ denote resource elements of an REG constituting a specific PHICH. $C_1$, $C_2$, $C_3$, and $C_4$ denote resource elements of an REG for PHICH or a physical downlink control channel (PDCCH). FIGS. 4 and 5 correspond to the cases where the number of antennas is 1 and 2, respectively, when reference signals are not considered.

FIGS. 6 and 7 illustrate examples of mapping a PHICH when an SF is 2. When an SF is 2, one repetition of two PHICH groups is mapped to one REG.

Preceding for transmit diversity is applied to FIGS. 6 and 7. FIGS. 6 and 7 correspond to the cases where the number of antennas is 1 and 2, respectively, when reference signals are not considered.

In actual implementation as illustrated in FIGS. 2 and 3, it should be considered that the number of available REGs in an OFDM symbol including reference signals is not equal

US 9,548,839 B2

**5**

to the number of available REGs in an OFDM symbol which does not include reference signals.

Meanwhile, if a sequence for mapping the PHICH is denoted as $\overline{y}^{(p)}(0)$, K, $\overline{y}^{(p)}(M_{symb}-1)$, then $\overline{y}^{(p)}(n)$ satisfies $\overline{y}^{(p)}(n)=\Sigma y_i^{(p)}(n)$, which indicates the sum of PHICHs in one PHICH group, $y_i^{(p)}(n)$ denotes an i-th PHICH in a specific PHICH group. In this case, $z^{(p)}(t)=(y^{(p)}(4i),y^{(p)}(4i+1),y^{(p)}(4i+2),y^{(p)}(4i+3))$ (where i=0, 1, 2) donates a symbol quadruplet for an antenna port p.

An index of a PHICH group has m'=0 as an initial value. A symbol quadruplet $z^{(p)}(i)$ at m' is mapped to an REG of $(k',l')_i$ (where $l'_i$ is an index of an OFDM symbol in which i-th repetition of a PHICH group is transmitted, and $k'_i$ is an index of a frequency domain).

When a PHICH is transmitted through two OFDM symbols, the PHICH is repeated twice upon a first OFDM symbol and repeated once upon a second OFDM symbol according to a transmitted PHICH group. Conversely, the PHICH may be repeated once upon the first OFDM symbol and repeated twice upon the second OFDM symbol. This may be expressed by the following Equation 1.

[Equation 1]

$$l'_i = \begin{cases} 0 & \text{normal } \textit{PHICH} \text{ duration, all subframes} \\ i & \text{extended } \textit{PHICH} \text{ duration,} \\ & \text{non-} \textit{MBSFN} \text{ subframes} \\ (\lfloor m'/2 \rfloor + i + 1)\text{mod2} & \text{extended } \textit{PHICH} \text{ duration,} \\ & \textit{MBSFN} \text{ subframes} \end{cases}$$

In Equation 1, $l'_i$ denotes an index of an OFDM symbol in which i-th repetition of a PHICH group is transmitted, in denotes an index of a PHICH group, and i denotes the number of repetitions of a PHICH. When the PHICH is repeated three times, i has values of 0, 1, and 2.

FIGS. **8** to **10** illustratively show Equation 1.

FIGS. **8** and **9** show the cases where $l'_i=0$ and $l'_i=(\lfloor m'/2 \rfloor+i+1)$ mod 2, respectively. FIG. **10** shows the case where $l'_i=1$ and a PHICH group is repeated at a PHICH duration of 3.

A PHICH, which is an important channel for transmitting ACK/NACK signals indicating whether or not data has been received, should be transmitted as stably as possible. Further, since ACK/NACK signals should be transmitted to a user even in a cell edge, substantial power is used compared with other channels. If locations for transmitting the PHICHs in respective cells are the same, PHICH transmission performance may be deteriorated due to interference caused by transmission of the PHICH between neighbor cells. Accordingly, if transmission locations of the PHICH in respective cells differ, interference caused by transmission of the PHICH between neighbor cells is reduced. Consequently, PHICH transmission performance can be improved. Namely, if mapping locations of the PHICH are determined according, to cell IDs, the above-described problem can be solved. The PHICH is repeatedly transmitted three times to obtain diversity gain. To increase the diversity gain, each repetition should be evenly distributed over an entire frequency bandwidth.

To satisfy the above conditions, a PHICH group is transmitted in units of an REG consisting, of 4 resource elements. The location of a transmission start REG of the PHICH is designated according to a cell ID and each repetition of the PHICH is arranged at an interval of a value obtained, by dividing the number of REGs which can be transmitted by

**6**

3 based on the transmission start REG. However, when such a repetition of the PHICH is distributed over a plurality of OFDM symbols, the number of REGs which can be used for PHICH transmission in each OFDM symbol differs. That is because, in the first OFDM symbol, a physical control format indicator channel (PCFICH) for transmitting information including the number of OFDM symbols used for a control channel is transmitted, and because reference signals transmitted in the first and second OFDM symbols differ according to the number of transmit antennas. When the PHICH is transmitted through multiple OFDM symbols including different REGs, since the number of REGs in each OFDM symbol differs, repetitions of each PHICH are not evenly dispersed over an entire frequency bandwidth. The location of the first REG should be designated according to a cell ID and a repetitive pattern should be allocated at regular intervals based on an index of the first REG However, since resolution of a frequency location depending on the index differs according to the number of REGs in each OFDM symbol, there exists a defect that a reference location is changed.

Therefore, when the PHICH is transmitted through multiple OFDM symbols, if the start location according to the cell ID is determined in consideration of a ratio of REGs of the first start symbol to REGs of the other symbols, the above problem can be solved. When the PHICH is transmitted through one or three OFDM symbols, the location of the first start symbol is always the first OFDM symbol. However, when the PHICH is transmitted through two OFDM symbols, the first PHICH group is started from the second OFDM symbol. Accordingly, if the ratio of REGs is considered, a reference symbol should be changed.

The above description may be expressed by the following equation 2.

[Equation 2]

$$\overline{n}_i = \begin{cases} (\lfloor (N_{ID}^{cell} \cdot n'_{l'_i}/n'_0) \rfloor + m')\text{mod}n'_{l'_i} & i = 0 \\ (\lfloor (N_{ID}^{cell} \cdot n'_{l'_i}/n'_0) \rfloor + m' + \lfloor n'_{l'_i}/3 \rfloor)\text{mod}n'_{l'_i} & i = 1 \\ (\lfloor (N_{ID}^{cell} \cdot n'_{l'_i}/n'_0) \rfloor + m' + \lfloor 2n'_{l'_i}/3 \rfloor)\text{mod}n'_{l'_i} & i = 2 \end{cases}$$

In Equation 2, $\overline{n}_i$ denotes an index of an REG in which a repetitive pattern$_0$ of each PHICH is transmitted, $N_{ID}^{cell}$ denotes a cell ID, $n'_{l'_i}$ denotes the number of REGs which can be used for PHICH transmission in an OFDM symbol $l'_i$, $n'_{l'_i}/n'_0$ denotes a ratio between the number of available resource element groups in an OFDM symbol $l'_i$, and the number of available resource element groups in a first OFDM symbol and is a parameter for solving a problem caused by the different number of REGs between symbols, and m' denotes an index of a PHICH group as indicated in Equation 1, m' is desirably increased by 1.

FIG. **11** illustrates an example of a PHICH mapping method according to an exemplary embodiment of the present invention. As illustrated in FIG. **11**, PHICH resource collision can be avoided based on cell planning.

If the PHICH is mapped from the second OFDM symbol, $n'_{l'_i}/n'_0$ is changed to $n'_{l'_i}/n'_1$. This may be expressed by the following Equation 3.

$$\overline{n}_i = \begin{cases} (\lfloor (N_{ID}^{cell} \cdot n'_{l'_i}/n'_1) \rfloor + m')\text{mod}n'_{l'_i} & i = 0 \\ (\lfloor (N_{ID}^{cell} \cdot n'_{l'_i}/n'_1) \rfloor + m' + \lfloor n'_{l'_i}/3 \rfloor)\text{mod}n'_{l'_i} & i = 1 \\ (\lfloor (N_{ID}^{cell} \cdot n'_{l'_i}/n'_1) \rfloor + m' + \lfloor 2n'_{l'_i}/3 \rfloor)\text{mod}n'_{l'_i} & i = 2 \end{cases}$$

US 9,548,839 B2

<div style="display:flex">
<div>

7

In Equation 3, $N_{ID}{}^{cell}$ denotes a cell ID, i denotes an index of a repetitive pattern, $n'_{l'_i}/n'_1$ denotes a ratio between the number of available resource element groups in an OFDM symbol $l'_i$ and the number of available resource element groups in a second OFDM symbol, and m' denotes an index of a PHICH group. As in Equation 2, m' is desirably increased by 1.

Meanwhile, the location of the first PHICH group is allocated and then the other PHICH groups may be mapped successively after the first PHICH group.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

The present invention provides a mapping method for frequency and OFDM symbol regions of a signal transmitted on downlink in a cellular OFDM wireless packet communication system and may be applied to a 3GPP LTE system, etc.

What is claimed is:

1. A method for mapping a physical hybrid automatic repeat request indicator channel (PHICH) to at least one orthogonal frequency division multiplexing (OFDM) symbol,

each OFDM symbol comprising a plurality of resource element groups,

each resource element group being comprised of four resource elements, the method comprising:

determining indexes of resource element groups in which the PHICH is transmitted; and

mapping the PHICH to at least one OFDM symbols according to the determined indexes,

wherein said indexes are determined according to ratio $n'_{l'_i}/n'_0$ or ratio $n'_{l'_i}/n'_i$ in OFDM symbol, having index $l'_i$,

$n'_{l'_i}$ is the number of available resource element groups in the OFDM symbol, having index $l'_i$, $n'_0$ is the number of available resource element groups in OFDM symbol, having index 0, of a sub-frame, $n'_1$ is the number of available resource element groups in OFDM symbol, having index 1, of the sub-frame,

available resource element groups in the OFDM symbol, having index $l'_i$, are resource element groups which can be used for PHICH transmission in the OFDM symbol, having index $l'_i$.

2. The method of claim **1**, wherein the indexes are determined according to a value obtained by multiplying a cell identifier (ID) by the ratio $n'_{l'_i}/n'_0$ or the ratio $n'_{l'_i}/n'_1$.

3. The method of claim **1**, wherein, if the PHICH is transmitted through one or three OFDM symbols, the indexes of the resource element groups in which the PHICH is repeatedly transmitted three times are determined using the following equation:

$$\bar{n}_i = \begin{cases} \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m'\right)\bmod n'_{l'_i} & i = 0 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m' + \left\lfloor n'_{l'_i}/3\right\rfloor\right)\bmod n'_{l'_i} & i = 1 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m' + \left\lfloor 2n'_{l'_i}/3\right\rfloor\right)\bmod n'_{l'_i} & i = 2 \end{cases}$$

where $N_{ID}{}^{cell}$ denotes a cell ID, i denotes an index of the repetition of the PHICH, $n'_{l'_i}/n'_0$ denotes the ratio between the number of available resource element

</div>
<div>

8

groups in the OFDM symbol $l'_i$ and the number of available resource element groups in the OFDM symbol, having index 0, of the sub-frame, and m' denotes an index of a PHICH group including the PHICH.

4. The method of claim **1**, wherein, if the PHICH is transmitted through two OFDM symbols, the indexes of the resource element groups in which the PHICH is repeatedly transmitted three times are determined using the following equation:

$$\bar{n}_i = \begin{cases} \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m'\right)\bmod n'_{l'_i} & i = 0 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m' + \left\lfloor n'_{l'_i}/3\right\rfloor\right)\bmod n'_{l'_i} & i = 1 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m' + \left\lfloor 2n'_{l'_i}/3\right\rfloor\right)\bmod n'_{l'_i} & i = 2 \end{cases}$$

where $N_{ID}{}^{cell}$ denotes a cell ID, i denotes an index of the repetition of the PHICH, $n'_{l'_i}/n'_1$ denotes the ratio between the number of available resource element groups in the OFDM symbol $l'_i$ and the number of available resource element groups in the OFDM symbol, having index 1, of the sub-frame, and m' denotes an index of a PHICH group including the PHICH.

5. A base station for mapping a physical hybrid automatic repeat request indicator channel (PHICH) to at least one orthogonal frequency division multiplexing (OFDM) symbol,

each OFDM symbol comprising a plurality of resource element groups,

each resource element group being comprised of four resource elements, the base station comprising:

a processor configured to determine indexes of resource element groups in which the PHICH is transmitted, and map the PHICH to at least one OFDM symbols according to the determined indexes,

wherein said indexes are determined according to ratio $n'_{l'_i}/n'_0$ or ratio $n'_{l'_i}/n'_1$ in OFDM symbol, having index $l'_i$,

$n'_{l'_i}$ is the number of available resource element groups in the OFDM symbol, having index $l'_i$, $n'_0$ is the number of available resource element groups in OFDM symbol, having index 0, of a sub-frame, $n'_1$ is the number of available resource element groups in OFDM symbol, having index 1, of the sub-frame,

available resource element groups in the OFDM symbol, having index $l'_i$, are resource element groups which can be used for PHICH transmission in the OFDM symbol, having index $l'_i$.

6. The base station of claim **5**, wherein the indexes are determined according to a value obtained by multiplying a cell identifier (ID) by the ratio $n'_{l'_i}/n'_0$ or the ratio $n'_{l'_i}/n'_1$.

7. The base station of claim **5**, wherein, if the PHICH is transmitted through one or three OFDM symbols, the indexes of the resource element groups in which the PHICH is repeatedly transmitted three times are determined using the following equation:

$$\bar{n}_i = \begin{cases} \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m'\right)\bmod n'_{l'_i} & i = 0 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m' + \left\lfloor n'_{l'_i}/3\right\rfloor\right)\bmod n'_{l'_i} & i = 1 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m' + \left\lfloor 2n'_{l'_i}/3\right\rfloor\right)\bmod n'_{l'_i} & i = 2 \end{cases}$$

where $N_{ID}{}^{cell}$ denotes a cell ID, i denotes an index of the repetition of the PHICH, $n'_{l'_i}/n'_0$ denotes the ratio

</div>
</div>

US 9,548,839 B2

**9**

between the number of available resource element groups in the OFDM symbol $l'_i$ and the number of available resource element groups in the OFDM symbol, having index 0, of the sub-frame, and m' denotes an index of a PHICH group including the PHICH.

**8**. The base station of claim **5**, wherein, if the PHICH is transmitted through two OFDM symbols, the indexes of the resource element groups in which the PHICH is repeatedly transmitted three times are determined using the following equation:

$$\bar{n}_i = \begin{cases} \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m'\right) \bmod n'_{l'_i} & i = 0 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m' + \left\lfloor n'_{l'_i}/3 \right\rfloor\right) \bmod n'_{l'_i} & i = 1 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m' + \left\lfloor 2n'_{l'_i}/3 \right\rfloor\right) \bmod n'_{l'_i} & i = 2 \end{cases}$$

where $N_{ID}^{cell}$ denotes a cell ID, i denotes an index of the repetition of the PHICH, $n'_{l'_i}/n'_1$ denotes the ratio between the number of available resource element groups in the OFDM symbol $l'_i$ and the number of available resource element groups in the OFDM symbol, having index 1, of the sub-frame, and m' denotes an index of a PHICH group including the PHICH.

**9**. A mobile station for decoding a physical hybrid automatic repeat request indicator channel (PHICH) mapped to at least one orthogonal frequency division multiplexing (OFDM) symbol,

each OFDM symbol comprising a plurality of resource element groups,

each resource element group being comprised of four resource elements, the mobile station comprising:

a processor configured to determine indexes of resource element groups in which the PHICH is transmitted, and decode the PHICH mapped to at least one OFDM symbols according to the determined indexes,

wherein said indexes are determined according to ratio $n'_{l'_i}/n'_0$ or ratio $n'_{l'_i}/n'_1$ in OFDM symbol, having index $l'_i$,

$n'_{l'_i}$ is the number of available resource element groups in the OFDM symbol, having index $l'_i$, $n'_0$ n is the number of available resource element groups in OFDM symbol, having index 0, of a sub-frame, $n'_1$ is the number of available resource element groups in OFDM symbol, having index 1, of the sub-frame,

**10**

available resource element groups in the OFDM symbol, having index l'1, are resource element groups which can be used for PHICH transmission in the OFDM symbol, having index $l'_i$.

**10**. The mobile station of claim **9**, wherein the indexes are determined according to a value obtained by multiplying a cell identifier (ID) by the ratio $n'_{l'_i}/n'_0$ or the ratio $n'_{l'_i}/n'_1$.

**11**. The mobile station of claim **9**, wherein, if the PHICH is transmitted through one or three OFDM symbols, the indexes of the resource element groups in which the PHICH is repeatedly transmitted three times are determined using the following equation:

$$\bar{n}_i = \begin{cases} \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m'\right) \bmod n'_{l'_i} & i = 0 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m' + \left\lfloor n'_{l'_i}/3 \right\rfloor\right) \bmod n'_{l'_i} & i = 1 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_0\right)\right\rfloor + m' + \left\lfloor 2n'_{l'_i}/3 \right\rfloor\right) \bmod n'_{l'_i} & i = 2 \end{cases}$$

where $N_{ID}^{cell}$ denotes a cell ID, i denotes an index of the repetition of the PHICH, $n'_{l'_i}/n'_0$ denotes the ratio between the number of available resource element groups in the OFDM symbol $l'_i$ and the number of available resource element groups in the OFDM symbol, having index 0, of the sub-frame, and m' denotes an index of a PHICH group including the PHICH.

**12**. The mobile station of claim **9**, wherein, if the PHICH is transmitted through two OFDM symbols, the indexes of the resource element groups in which the PHICH is repeatedly transmitted three times are determined using the following equation:

$$\bar{n}_i = \begin{cases} \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m'\right) \bmod n'_{l'_i} & i = 0 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m' + \left\lfloor n'_{l'_i}/3 \right\rfloor\right) \bmod n'_{l'_i} & i = 1 \\ \left(\left\lfloor \left(N_{ID}^{cell} \cdot n'_{l'_i}/n'_1\right)\right\rfloor + m' + \left\lfloor 2n'_{l'_i}/3 \right\rfloor\right) \bmod n'_{l'_i} & i = 2 \end{cases}$$

where $N_{ID}^{cell}$ denotes a cell ID, i denotes an index of the repetition of the PHICH, $n'_{l'_i}/n'_1$ denotes the ratio between the number of available resource element groups in the OFDM symbol $l'_i$ and the number of available resource element groups in the OFDM symbol, having index 1, of the sub-frame, and m' denotes an index of a PHICH group including the PHICH.

*    *    *    *    *