# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION<br><br>　　　　Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY; HMD GLOBAL<br><br>　　　　Defendants, | Case No.5:25-cv-92<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff, Pantech Corporation states that:

1. Pantech Corporation is a wholly-owned subsidiary of Ideahub, Inc.; and

2. No other entity owns 10% or more of Pantech Corporation's stock.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

James A. Fussell, III
Jamie B. Beaber
Tiffany A. Miller
Clark S. Bakewell
Courtney Krawice
MAYER BROWN LLP

1

        1999 K Street, N.W.
        Washington, D.C. 20006
        (202) 263-3000
        jbeaber@mayerbrown.com
        jfussell@mayerbrown.com
        tmiller@mayerbrown.com
        cbakewell@mayerbrown.com
        ckrawice@mayerbrown.com

        Graham (Gray) M. Buccigross
        MAYER BROWN LLP
        Two Palo Alto Square, Suite 300
        3000 El Camino Real
        Palo Alto, CA 94306
        (650) 331-2000
        gbuccigross@mayerbrown.com

        *Counsel for Plaintiff Pantech Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, pursuant to Local Rule CV-5(a)(3)(A), on July 7, 2025.

        */s/ Geoffrey Culbertson*
        Geoffrey Culbertson