IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION | § |
| | § |
| v. | § No. 5:25-CV-00092-RWS-JBB |
| | § |
| HMD GLOBAL OY, ET AL. | § |

## ORDER

The Court **ORDERS** Plaintiff to file a notice that the case is ready for scheduling conference when Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within **five days** of Defendants' answer or motion. The notice shall include a list of any pending motions. For patent cases, the notice shall also include: (1) a list of any related cases previously filed in the Eastern District of Texas involving the same patent(s) or related patent(s); (2) the patent numbers for this case and any related case; and (3) the dates of any future *Markman* Hearing and/or Trial for related cases.

**It is SO ORDERED.**

SIGNED this the 7th day of July, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

1