IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PANTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | Case No. 5:25-CV-00092-RWS-JBB |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| HMD GLOBAL OY, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO STAY ACTION
UNDER 28 U.S.C. § 1659 BY HMD GLOBAL OY**

Under 28 U.S.C. § 1659, defendant HMD Global Oy respectfully moves to stay this proceeding pending final resolution of the investigation filed by plaintiff Pantech Corporation currently pending before the United States International Trade Commission. Plaintiff Pantech Corporation does not oppose this motion.

**BACKGROUND**

On July 2, 2025, plaintiff Pantech Corporation ("Pantech") filed a complaint under Section 337 of the Tariff Act of 1930, as amended, with the U.S. International Trade Commission ("I.T.C.") against defendant HMD Global Oy and other respondents, asserting infringement of U.S. Patent Nos. 9,548,839, 11,659,503, 11,051,344 and 12,267,876. *In re Certain Mobile Cellular Communications Devices*, No. 337-1456; *see* Exhibit A. On July 3, Pantech initiated this suit, asserting infringement of the same patents. Docket No. 1. On August 4, the I.T.C. issued a Notice of Institution of investigation against respondents including HMD Global Oy; on August 7, the Federal Register published the Notice. *See* Exhibit B. On August 14, Pantech filed its First Amended Complaint naming HMD Global Oy as the sole defendant. Docket No. 8.

– 1 –

**ARGUMENT**

I. **This Motion Meets the Requirements of 28 U.S.C. § 1659**

"In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). The party requesting the stay must do so either "within thirty days of the ITC's institution of an investigation" against that party or "within thirty days of the District Court action being filed, whichever is later." *Evolved Wireless, LLC v. Samsung Elecs. Co.*, No. 21-33, 2021 WL 7161368, at *1 (E.D. Tex. Mar. 10, 2021). A stay under § 1659(a) must continue "until the Commission proceedings are no longer subject to judicial review." *In re Princo Corp.*, 478 F.3d 1345, 1348-49 (Fed. Cir. 2007).

    A. **HMD Global Oy and Pantech are Parties to This Action and the I.T.C. Investigation**

Plaintiff Pantech is the complainant in the I.T.C. investigation. *See supra*. Defendant HMD Global Oy is "a party to" this civil action and a named "respondent in the proceeding before the commission." 28 U.S.C. § 1659(a); *see supra*. Therefore, this is a "civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930." 28 U.S.C. § 1659(a).

    B. **This Motion is Timely**

HMD Global Oy filed this motion "within thirty days of the ITC's institution of an investigation," issued on August 4 and published on August 7. *Evolved*, 2021 WL 7161368, at *1; *see* 28 U.S.C. § 1659(a); Exhibit B at 38177.

C.  **This Action and the I.T.C. Investigation Involve the Same Issues**

The claims in this action involve the "same issues" raised in the I.T.C. investigation. 28 U.S.C. § 1659(a).  "[A]ll patents-in-suit" here are "the subject of" the infringement "allegations in the ITC Action."  *Evolved*, 2021 WL 7161368, at *1; *compare* Docket No. 8 ¶ 11 *with* Ex. A ¶ 9 and Ex. B at 38177.

II.  **The Court Must Stay This Action Under 28 U.S.C. § 1659**

As this motion meets the criteria of 28 U.S.C. § 1659, a stay is mandatory.  *Evolved*, 2021 WL 7161368, at *1.  This Court therefore "'shall stay' parallel litigation 'until the determination of the Commission becomes final.'"  *Id*. (quoting 28 U.S.C. § 1659).  Pantech does not oppose a stay.

## CONCLUSION

For all the foregoing reasons, the Court should grant this unopposed motion and enter an order under 28 U.S.C. § 1659(a) staying this action until the final resolution of the investigation pending before the I.T.C. in Investigation No. 337-1456.

Date:  August 28, 2025

Respectfully submitted,

_____
Matthew S. Warren
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-92@cases.warrenlex.com

*Attorneys for HMD Global Oy*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I caused the foregoing Unopposed Motion to Stay Action Under 28 U.S.C. § 1659 by HMD Global Oy to be served on all counsel of record through the Court's electronic filing system.

_____
Matthew S. Warren

**CERTIFICATE OF CONCURRENCE**

On August 28, 2025, under Local Rule CV-7(h), counsel for HMD Global Oy contacted counsel for plaintiff Pantech Corporation by electronic mail regarding this motion. Counsel for plaintiff Pantech Corporation confirmed that Pantech would not oppose this motion.

_____
Matthew S. Warren