IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION § <br> § <br> Plaintiff, § <br> § Case No. 5:25-CV-00092-RWS-JBB <br> v. § <br> § JURY TRIAL DEMANDED <br> HMD GLOBAL OY, § <br> § <br> Defendant. § | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659 BY HMD GLOBAL OY**

Having considered the Unopposed Motion to Stay Under 28 U.S.C. § 1659 by HMD Global Oy, the Court finds good cause for the entry of this order and GRANTS the Motion.

All proceedings between Pantech Corporation and HMD Global Oy are hereby stayed pending the final resolution of proceedings between Pantech Corporation and HMD Global Oy before the U.S. International Trade Commission, Investigation No. 337-TA-1456.

**IT IS SO ORDERED.**