IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION § <br> § <br> Plaintiff, § <br> § Case No. 5:25-CV-00092-RWS-JBB <br> v. § <br> § JURY TRIAL DEMANDED <br> HMD GLOBAL OY, § <br> § <br> Defendant. § | |

ORDER GRANTING
UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659 BY HMD GLOBAL OY

Having considered the Unopposed Motion to Stay Under 28 U.S.C. § 1659 by HMD Global Oy (Dkt. No. 9), the Court finds good cause for the entry of this order and **GRANTS** the Motion.

All proceedings between Pantech Corporation and HMD Global Oy are hereby stayed pending the final resolution of proceedings between Pantech Corporation and HMD Global Oy before the U.S. International Trade Commission, Investigation No. 337-TA-1456.

**IT IS SO ORDERED.**

SIGNED this the 29th day of August, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE