**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| PANTECH CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY,<br><br>Defendant, | Case No. 5:25-cv-00092-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY**

Before the Court is Plaintiff Pantech Corporation's Unopposed Motion to Lift Stay. Defendant HMD Global Oy does not oppose the Motion. Having considered the Motion, and noting that the U.S. International Trade Commission issued consent orders and terminated Investigation No. 337-TA-1456 in its entirety, the Court finds that the Motion (Dkt. No. 11) should be and hereby is **GRANTED**. It is therefore

**ORDERED** that the stay entered on August 29, 2025 (Dkt. No. 10) is LIFTED. HMD Global Oy shall answer or otherwise respond to the Complaint within twenty-eight (28) days of the date of this Order. It is further

**ORDERED** that to the extent the Parties do not think a scheduling conference is warranted, the Parties shall submit proposed versions of the appropriate case management documents available on the undersigned's website within fourteen (14) days of HMD Global Oy's answer or other response to the Complaint. The Court will set the trial date according to its calendar and may need to adjust other proposed deadlines as needed.

SIGNED this the 6th day of November, 2026.

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE